**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-cv-21744-RAR/Becerra**

AMIN LAKHANI,

      Plaintiff,

v.

1350 S DIXIE LLC and NRI REAL TOKEN
TENANT, LLC d/b/a MAMEY,

      Defendants.

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff Amin Lakhani and Defendants 1350 S. Dixie LLC and NRI Real Token Tenant, LLC d/b/a Mamey, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle.  The Parties are in the process of memorializing their agreement and finalizing their settlement documents and respectfully request an additional fourteen (14) days from the date hereof to execute and exchange the settlement documents and file the appropriate dismissal papers with the Court.

| | |
|---|---|
| **Glenn R. Goldstein & Associates, PLLC**<br>8101 Biscayne Boulevard, Suite 110<br>Miami, Florida 33138<br>Tel: (561) 573-2106<br>Email:  ggoldstein@g2legal.net<br><br>By: */s/ Glenn R. Goldstein (with consent)*<br>   Glenn R. Goldstein, Esq.<br>   Florida Bar No. 55873<br><br>***Attorneys for Plaintiff*** | **Gonya Law**<br>1000 Brickell Avenue, Suite 400<br>Miami, Florida 33131<br>Tel: (786) 554-1955<br>Email: patrick@gonyalaw.com<br><br>By**:** */s/ Patrick E. Gonya, Jr.*<br>   Patrick E. Gonya, Jr.<br>   Florida Bar No. 100020<br><br>***Attorneys for Defendants*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2023, I electronically filed the foregoing document with the clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Glenn R. Goldstein, Esq.
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Boulevard, Suite 110
Miami, Florida 33138
Tel: (561) 573-2106
Email:  ggoldstein@g2legal.net

*Attorneys for Plaintiff*

*/s/ Patrick E. Gonya, Jr.*
Patrick E. Gonya, Jr.

2