# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 23-cv-21744-RAR/Becerra

AMIN LAKHANI,

      Plaintiff,

v.

1350 S DIXIE LLC and NRI REAL TOKEN
TENANT, LLC d/b/a MAMEY,

      Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Amin Lakhani and Defendants 1350 S. Dixie LLC and NRI Real Token Tenant,

LLC d/b/a Mamey, by and through their respective undersigned counsel, pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice*, with each party

to bear their own attorney's fees and costs except as otherwise agreed in writing.

| | |
|---|---|
| **Glenn R. Goldstein & Associates, PLLC**<br>8101 Biscayne Boulevard, Suite 110<br>Miami, Florida 33138<br>Tel: (561) 573-2106<br>Email:  ggoldstein@g2legal.net | **Gonya Law**<br>1000 Brickell Avenue, Suite 400<br>Miami, Florida 33131<br>Tel: (786) 554-1955<br>Email: patrick@gonyalaw.com |
| By: */s/ Glenn R. Goldstein (with consent)*<br>    Glenn R. Goldstein, Esq.<br>    Florida Bar No. 55873 | By**:** */s/ Patrick E. Gonya, Jr.*<br>    Patrick E. Gonya, Jr.<br>    Florida Bar No. 100020 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2023, I electronically filed the foregoing document with the clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Glenn R. Goldstein, Esq.
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Boulevard, Suite 110
Miami, Florida 33138
Tel: (561) 573-2106
Email:  ggoldstein@g2legal.net

*Attorneys for Plaintiff*

*/s/ Patrick E. Gonya, Jr.*
Patrick E. Gonya, Jr.